AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 31 2026

CLERK, U.S. DISTRICT COURT
By ______________
Deputy

United States of America
v.

Jeremiah Joseph Paul

*Defendant(s)*

Case No. 2:26-MJ-178

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 30, 2026 in the county of Oldham in the Northern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) | Possession with Intent to Distribute 500 Grams or More of Methamphetamine |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

______________
*Complainant's signature*

Jeremy Hoffman, DEA TFO
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 8/31/26

______________
*Judge's signature*

City and state: Amarillo, Texas

Lee Ann Reno, U.S. Magistrate Judge
*Printed name and title*

No. 2:26-MJ-178

AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Jeremy C. Hoffman, being duly sworn, depose and state:

1. I am a Task Force Officer assigned to the Drug Enforcement Administration (DEA) in Amarillo, Texas. I have been so employed for about twenty-four (24) years with the Randall County Sheriff's Office. As part of my duties as a Task Force Officer, I investigate criminal violations related to narcotics trafficking and illegal drug smuggling. I have been involved in several investigations of illegal contraband and have specialized training and knowledge in investigating the illicit smuggling, transportation, and trafficking of narcotics in violation of Title 21, United States Code, Section 841(a)(1).

2. This affidavit is made in support of a complaint and arrest warrant for Jeremiah Joseph PAUL. I am familiar with the information contained in this affidavit based upon my own personal investigation, as well as conversations with other law enforcement officers involved in this investigation.

3. On August 30, 2026, Trooper Ruben Nunez was working traffic enforcement on I-40 in Oldham County, TX. At approximately 12:41 p.m., Trooper Nunez stopped a vehicle for speeding and no rear mud flaps. While contacting the driver, who was identified as Jeremiah Joseph PAUL, and sole occupant of the vehicle, Trooper Nunez noticed behavior consistent with criminal activity. Specifically, PAUL gave inconsistent statements about the reason for his travel and where he was going to stay. Trooper Nunez asked for consent to search the vehicle, and it was denied. A K9 arrived and performed a free air sniff on the vehicle and gave a positive alert.

4. The trooper conducted a probable cause search of the vehicle. During the search, the trooper located twenty-two bundles of a white powdery substance and two bundles of a white crystalline substance. These items were in the fuel tank of the vehicle. The powdery substance has the appearance and consistency of cocaine, weighing approximately 28 gross kilograms, which later tested positive for the presence of cocaine. The white crystalline substance has the appearance and consistency of methamphetamine, weighing approximately 5 gross kilograms, which later tested positive for the presence of methamphetamine. This quantity of cocaine and methamphetamine is consistent with distribution, as opposed to someone's personal use.

5. TFO Jeremy Hoffman and TX DSP SA Alex Gallagher responded to the stop. Agents attempted an interview of PAUL after reading him his *Miranda* warnings. PAUL

immediately invoked his Miranda rights and did not want to speak with agents. The interview was concluded.

Jeremy Hoffman
DEA Task Force Officer

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone:

August 31, 2026 at Amarillo, Texas
Date City and State

Lee Ann Reno, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

Anna Marie Bell
Assistant United States Attorney